UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA, etc.,

    Plaintiff,

vs.                                        Case No.  3:04-cv-1135-J-32MCR

FIREMANS FUND INSURANCE COMPANY,
et. al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court as a result of the Settlement Conference conducted by the undersigned on August 22, 2006.  During this conference, the parties were able to resolve the case.  The Court read the settlement amount into the record and Defendants are hereby directed to issue a check in that amount payable to counsel for Plaintiff's trust account no later than Friday, September 15, 2006.  The parties have agreed to release each other from any claims they have or may have regarding the same transactions and occurrences at issue in the instant litigation.  The parties also agree that should one party be required to seek Court assistance in enforcing the settlement agreement, that party will be entitled to any attorneys' fees generated in so doing.  After receiving the settlement amount, counsel for Plaintiff shall prepare and file a Joint Motion to Dismiss the claims against Defendants with prejudice.  This motion shall be filed no later than Friday, September 29, 2006.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  22nd  day of August, 2006.

                                              *Monte C. Richardson*
                                              MONTE C. RICHARDSON
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record